BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov
Terri A. Roberts
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Arizona State Bar No. 023544
Arizona State Bar No. 012862
Attorney for Creditor Pima County

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA (TUCSON)

IN RE:

ANTHONY TARANTOLA

Debtor.

No.: 4-09-bk-09703 EWH

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

CHAPTER 13

**COMES NOW** Secured Creditor Pima County, by and through undersigned counsel, and objects to confirmation of Debtor's proposed Chapter 13 Plan on the following grounds:

Pima County is a secured creditor in this bankruptcy with a claim for real property taxes for tax year 2008. This claim remains unpaid and totaled $843.52 as of the date of Debtor's petition.

Further, Debtor's tax debt continues to accrue interest at the statutory rate of 16% per annum prorated monthly pursuant to A.R.S. § 42-18053.

-1-

Debtor's Plan does not provide for the payment of the outstanding tax liability.

Pima County requests that the Court deny confirmation of Debtor's Plan until such time as it is amended to provide for payment in full of this nondischargeable secured tax liability. Further, Pima County requests that Debtor be required to timely pay any Pima County taxes which may become due during the Plan period.

RESPECTFULLY SUBMITTED this 26th day of June 2009.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By _____
German Yusufov
Deputy County Attorney

Copy of the foregoing mailed this
26th day of June 2009

Ronald Ryan
RONALD RYAN, P.C.
1413 E. Hedrick Dr.
Tucson, AZ 85719-2633
Attorney for Debtor

Dianne C. Kerns
7320 N La Cholla #154 PMB 413
Tucson, AZ 85741-2305
Trustee

-2-