Paul M. Levine (007202)
Matthew A. Silverman (018919)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ  85012
(602) 230-8726

Attorney for: Secured Creditor,
Deutsche Bank National Trust Company  as Trustee, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re | ) Case No.  4:09-bk-09703-EWH |
| | ) |
| | ) Chapter 13 |
| Anthony Tarantola, | ) |
| | ) |
| Debtor(s). | ) |
| | ) OBJECTION TO CONFIRMATION OF |
| | ) CHAPTER 13 PLAN |
| | ) |
| | ) |
| | ) |
| | ) |

Deutsche Bank National Trust Company  as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc. Asset-Backed Pass-Thr ough Certificates Series 2004-W8, its assignees and/or successors, and its servicing agent Option One Mortgage Corporation, ("Secured Creditor") in the above-entitled Bankruptcy proceeding submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Anthony Tarantola.

1. This objecting Secured Creditor holds a Deed of Trust on the subject property commonly known as 11201 East Hash Knife Circle, Tucson, AZ 85749. As of 05/07/2009, the amount in default was $34,558.88, representing eight (8) monthly payments, accrued late charges, advances, foreclosure fees and costs, and attorneys' fees and costs, described in the Proof of Claim filed by this Secured Creditor on or about 6/29/2009. **See Exhibit "1".**

2. The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor. The payoff period and monthly repayment amount proposed by the Debtor(s) exceeds a reasonable arrangement in light of Debtor's(s') past non-payment history. Debtor(s) do not allege in the Plan that any arrears are owed to Secured Creditor, while in fact the total arrears owed to Secured Creditor are $34,558.88 as set forth in the Proof of Claim. **See Exhibit "2".**. To cure the pre-petition arrearages of $34,558.88 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $575.98 per month from the Debtor(s) through the Plan. Although Debtor does not provide for payments to Secured Creditor, Debtors' Plan provides for payments to the Trustee in the amount of $335.00 per month for 57 months. Debtor(s) do not have sufficient funds available to cure the arrears through the Plan, as set forth in Debtor's(s') Schedules I and J. Clearly Debtors' Plan is not feasible. **See Exhibit "3".**

3. Also, the proposed Plan appears to attempt to cram-down Secured Creditor's claim by scheduling or providing for a total claim to Secured Creditor is in the amount of $254,367.00, while in fact the total claim owed to Secured Creditor is in the amount of $267,500.00, as set forth in Secured Creditor's Proof of Claim. See Exhibit "2".

4. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor(s) shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. The Debtor(s) filed the Petition on or about 05/07/2009, and has not made any payments to Secured Creditor. As such, the Plan cannot be confirmed.

///

///

///

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor(s) be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Dated: August 13, 2009    **McCarthy ◆ Holthus ◆ Levine**

By: /s/ Matthew A. Silverman
   Paul M. Levine
   Matthew A. Silverman
   3636 North Central Avenue
   Suite 1050
   Phoenix, AZ 85012
   Attorneys for Movant

| | |
|---|---|
| 1 | On 8/13/2009, I served the foregoing documents described as **OBJECTION TO** |
| 2 | **CONFIRMATION OF CHAPTER 13 PLAN** on the following individuals by electronic means |
| 3 | through the Court's ECF program: |

COUNSEL FOR DEBTOR(S)
Ronald Ryan
ronryanlaw@cox.net

TRUSTEE
Dianne C. Kerns
mail@dcktrustee.com

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Clinton Jones
Clinton Jones

On 8/12/2009, I served the foregoing documents described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**, on the following individuals by placing true copies thereof enclosed in sealed envelopes addressed as follows:

DEBTOR(S)
Anthony Tarantola
11201 East Hash Knife Circle
Tucson, AZ 85749

SPECIAL NOTICE

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ David Fry
David Fry