1  Matthew A. Silverman (018919)
2  Jessica R. Kenney (026615)
   **McCarthy ◆ Holthus ◆ Levine**
3  3636 North Central Avenue
   Suite 1050
4  Phoenix, AZ  85012
   (602) 230-8726
5

6  Attorneys for Movant,
   Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the
7  Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series
   2004-W8, its assignees and/or successors
8

9                    UNITED STATES BANKRUPTCY COURT

10                   FOR THE DISTRICT OF ARIZONA

11                        TUCSON DIVISION

12

13

14  In re:                                )  In Proceedings Under
                                          )
15  Anthony Tarantola,                    )  Chapter  13
                                          )
16              Debtor.                   )  Case No. 4:09-bk-09703-EWH
                                          )
17  ─────────────────────────────        )
    Deutsche Bank National Trust Company , as )  **MOVANT'S LIST OF WITNESSES AND**
18  Trustee in trust for the benefit of the   )  **EXHIBITS FOR EVIDENTARY**
    Certificateholders for Argent Securities Inc., )  **HEARING**
19  Asset-Backed Pass-Through Certificates,   )
    Series 2004-W8, its assignees and/or     )  **Date:   June 23, 2010**
20  successors,                           )  **Time:  9:00 a.m.**
                                          )  **Ctrm:  446**
21              Movant,                   )  **Place: 38 South Scott Avenue**
                                          )         **Tucson, AZ 85701**
22       v.                               )
                                          )
23                                        )
    Anthony Tarantola, Debtor; and Dianne C. )
24  Kerns, Chapter 13 Trustee,            )
                                          )
25              Respondents.              )
                                          )
26                                        )
                                          )
27                                        )
                                          )
28  ─────────────────────────────        )

29

Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8 ("Movant"), by and through their counsel undersigned pursuant to the Court's Order setting Final Hearing, submits the following as their List of Witnesses and Exhibits:

## I.   **WITNESSES:**

1.   Representative of Movant, Deutsche Bank National Trust Company, as Trustee of the IndyMac IMSC Mortgage Trust 2007-F3, Mortgage Pass-Through Certificates, Series 2007-F3 under the Pooling and Servicing Agreement dated August 1, 2007;

2.   Any and all witnesses noticed by Debtor/Respondent.

## II.   **EXHIBITS:**

1.   Certified Deed of Trust;

2.   Any and all assignments of the Deed of Trust;

3.   Original Note;

4.   Any and all allonges/endorsements to the Note;

5.   Any and all documents necessary to show signors authority to execute documents;

6.   Any and all exhibits presented by Debtor/Respondent.

DATED:  June 9, 2010

**McCarthy ◆ Holthus ◆ Levine**

By: _/s/ Jessica R. Kenney____
   Jessica R. Kenney, Esq.
   3636 North Central Avenue
   Suite 1050
   Phoenix, AZ 85012
   Attorneys for Movant

On 6/9/10, I served the foregoing documents described as **MOVANT'S LIST OF WITNESSES AND EXHIBITS FOR EVIDENTARY HEARING**on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Ronald Ryan
ronryanlaw@cox.net

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Alexandru Nicolau

On 6/9/10, I served the foregoing documents described as **MOVANT'S LIST OF WITNESSES AND EXHIBITS FOR EVIDENTARY HEARING**on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Phoenix Division
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTOR
Ronald Ryan
Ronald Ryan, P.C.
1413 E. Hedrick Drive
Tucson, AZ 85719

DEBTOR
Anthony Tarantola
11201 East Hashknife Circle
Tucson, AZ 85749

TRUSTEE
Dianne C. Kerns
7320 North La Cholla # 154
PMB 413
Tucson, AZ 85741

SPECIAL NOTICE
Barbara Lawall
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

1

2    **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

3                                                              /s/ Warb Wilcox

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

File No. AZ-09-15363

1

Case No. 4:09-bk-09703-EWH
List witness/exhibits