Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| In re:<br><br>Anthony Tarantola,<br><br>        Debtor.<br>_____<br>Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8, its assignees and/or successors,<br><br>        Movant,<br>  v.<br><br>Anthony Tarantola, Debtor; and Dianne C. Kerns, Chapter 13 Trustee,<br><br>        Respondents.<br>_____ | In Proceedings Under<br><br>Chapter 13<br><br>Case No. 4:09-bk-09703-EWH<br><br>**MOVANT'S OBJECTION TO DEBTOR'S EXPERT'S DECLARATION** |

Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8 ("Movant"), by and through their counsel undersigned pursuant to the Court's Order setting Final Hearing, submits the following objections to Debtor's Expert's Declaration. Movant objects to Debtor's Expert's Declaration as it purports to detail Mr. Neil Garfield's qualifications to testify as a expert. However, Mr. Garfield's resume is not attached as a exhibit as indicated therefore Movant cannot properly assess Mr. Garfield's credentials and therefore objects to the Declaration as unsubstantiated.

DATED: June 10, 2010

**McCarthy ◆ Holthus ◆ Levine**

By: /s/ Jessica R. Kenney
   Jessica R. Kenney, Esq.
   3636 North Central Avenue
   Suite 1050
   Phoenix, AZ 85012
   Attorneys for Movant

File No. AZ-09-15363      2      Case No. 4:09-bk-09703-EWH
List of Witnesses/Exhibits
Case 4:09-bk-09703-EWH   Doc 61   Filed 06/10/10   Entered 06/10/10 22:58:20   Desc
Main Document    Page 2 of 5

On M_EfileDate, I served the foregoing documents described as **MOVANT'S LIST OF WITNESSES AND EXHIBITS FOR EVIDENTARY HEARING** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Ronald Ryan
ronryanlaw@cox.net

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ M_EfileStaff
M_EfileStaff

On M_MailDate, I served the foregoing documents described as **MOVANT'S LIST OF WITNESSES AND EXHIBITS FOR EVIDENTARY HEARING** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Phoenix Division
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTOR
Ronald Ryan
Ronald Ryan, P.C.
1413 E. Hedrick Drive
Tucson, AZ 85719

DEBTOR
Anthony Tarantola
11201 East Hashknife Circle
Tucson, AZ 85749

TRUSTEE
Dianne C. Kerns
7320 North La Cholla # 154
PMB 413
Tucson, AZ 85741

SPECIAL NOTICE
Barbara Lawall
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

File No. AZ-09-15363　　　　　　　　　　3　　　　　　　　Case No. 4:09-bk-09703-EWH
List of Witnesses/Exhibits

1

2  **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

3

4                                                                          /s/ M_MailStaff
                                                                           M_MailStaff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29