**INDEX OF ABBREVIATIONS, ACRONYMS AND DEFINITIONS**

| ABBREVIATION | FULL NAME AND MEANING |
|---|---|
| AA | Affidavit of Affixture |
| BH | Bond Holders.  Those that purchased Mortgage Bonds entitling them to an interest in the mortgage Notes Pooled in the MBS and funds attributed to said Pool.  Synonymous with RPI and Debtor's Mortgage Creditor. |
| CS | Constitutional Standing |
| "Credit Enhancement"  See also "3rd Party Sources" | "An addition to a bond issue that improves the issue's safety of principal and interest. For example, the purchase of insurance guaranteeing payments on a bond issue is credit enhancement." Source Wall Street Words: An A to Z Guide to Investment Terms for Today's Investor by David L. Scott. Copyright © 2003 by Houghton Mifflin Company. Published by Houghton Mifflin Company. All rights reserved. |
| CVSM | Challenges to the Validity of the Securitized Mortgages that were instituted during the "Dreadful Years." |
| DOT | the Deed of Trust Debtor signed when obtaining the Loan that Movant and/or Claimant claims secures the Note thereby creating a security interest on Debtor's Property. |
| Dreadful Years | The "Dreadful Years" for institution of Securitized Mortgages was roughly 2001-2008.  They are called by Debtor "dreadful" because those securitizations were planned, designed and carried out with the specific intent to commit fraud on the Creditors, or those that supplied mortgage loan funding, and upon the borrowers.  The damage to the government and the people in general was a consequence that may not have been intended. |
| "Fail" as pertains to a Pool or Tranche | The culmination of circumstances such that a "Trigger" event occurs thereby necessitating payment, or allowing for demand of payment to Investors in a Pool, or to a Pool for the benefit and on behalf of such Investors. |
| GSMFCS | Grand Securitized Mortgage Fraud and Conversion Scheme, the overall collaboration at every level to defraud the Investors and the Borrowers while creating EXTREME wealth for the MWSP and unusually excellent returns for high ranking officers in the MBN and by the members of the MBN. |
| "Mortgage Bond" | means the Bond, MBS Trust Certificate, uncertificated Bond or MBS Trust interest that represents an investment in an MBS Trust or Pool of mortgage notes or loans. |
| MBN | Mortgage Banking Network that maintains communication persons and institutions with similar interests to a **much** greater extent than NN to keep the facts that are not legally privileged information secret, to aid and abet each other in carrying out mutually beneficial past, ongoing and future fraud and conversion. They |

| | |
|---|---|
| | take turns playing the different roles throughout the securitization process, under their own name, through subsidiaries, known and unknown to the public as well as through the use of Special Purpose Vehicles, which sometimes are purely fictitious and serve no purpose other than a company to siphon funds to that were obtained by fraud and conversion.  They develop tactics and strategies to make litigation to aid homeowners more difficult, to keep homeowners from an obtaining any substantial benefit, to carry out the goals of massive foreclosures, to convert homeowner's title, to intentionally cause failures of the mortgage pools, to collect unearned proceeds of mortgage payments, foreclosures, and 3rd party source funds proceeds.  Their participants, which include their major owners, parents, subsidiaries, officers and employees, range from: the "first cause" individuals and companies - the Major Wall Street Players; Investment Banking Firms, Warehouse Lenders, Banks, Intermediate Participants in the Securitization process, Mortgage Companies, Underwriters, Servicers of every level, secret record keeping companies, such as MERS, Institutional Lending Conduits that are listed as the "Lender" on the note and deed of trust, and loan brokers.  Most of the latter two have gone into bankruptcy or simply gone out of business, which was planned from the start, and part of the reason why there are one to three entities between them and the "Trustee" of the MBS Pools. |
| MBS | Mortgage Backed Security "Trust," which is really a  Pool of mortgages, that is administered by what is called a "Trustee" but is not a trustee at all, but an administrator that has serious conflicts of interest with the Investors. |
| "Mortgage Creditor" or "Debtor's Mortgage Creditor" | Though referred to in the singular generally it consists of multiple persons and entities.  These are the RPI that is defined by Courts as the party whose own financial interest is at stake in the outcome of litigation.  The fact that every action must be prosecuted in the name of the RPI has been committed to Rule in FRCP 17(a) and BR 7017. |
| "Mortgage Loan Schedule" | means the list of Mortgage Loans that is included in the Pool and includes the original and any supplements. |
| Mortgage Registry System | A system of recording beneficial ownership, identity of servicer, and transfers of mortgages electronically, such as the system operated by Mortgage Electronic Registration Systems, Inc. (MERS). |
| MWSBC | "Major Wall Street Investment Banking Conglomerate" Aggregators, creators, planners, designers and play callers for the formation and administration of MBS.

Example:  Goldman Sachs Group, Inc. is the parent company for Goldman, Sachs & Co., GS Mortgage Securities Corp., GSAMP, GS Capital Partners, Goldman Sachs Execution & Clearing, L.P. Goldman Sachs Bank USA, Goldman Sachs Trade Management LLC, Goldman Sachs Execution & Clearing, L.P. , Goldman Sachs Administration Services, Sumitomo Mitsui Financial Group, Inc., along with those an untold number of subsidiaries with names that |

| | |
|---|---|
| | do not have GS in them, such as <u>Litton Loan Serving</u>, make up a MWSIBC. |
| Note | The Promissory Note that Debtor signed when obtaining the Loan that Movant and/or Claimant claims it owns and/or has the right to enforce. |
| NN | National Network of Attorneys, Experts, and lay persons, that aid borrowers seeking justice as pertains to various forms of securitization fraud and conversion. They maintain communication with each other on the internet and otherwise to keep each other apprized of new developments in case law, to mentor, share experiences, facts, discoveries and etcetera.  They help develop tactics and strategies to uncover the truth and to obtain beneficial results for borrowers so that they do not lose their homes and to hold the wrongdoing institutions accountable, so that what has occurred may not happen again. |
| Participant(s) | means all parties that at any time performed a function for the MBS Trust, such as formation, creation, securitization, or administration, or merely to act as a Note transfer conduit between Lender and the MBS Trustee, which include the Loan Broker, Appraisers, Lender, Originator, Defendant(s) herein, except for the John Does, all Servicers of any stripe, Corporations, Nationally Chartered Banks, Financial Institutions, Investment Banks, Special Purpose Vehicles, MBS Trustee, Document Custodians of any stripe, that performed roles with titles that vary from MBS Trust to Trust, such as the Warehouse Lender, Depositor, the Transferor, the Sponsor; the Seller, and all Underwriters. |
| RPI | The party whose own financial interest is at stake in the outcome of the litigation.  The party, if any such exists, that owns the Note. Though referred to in the singular, generally it consists of multiple persons and entities.  The fact that every action must be prosecuted in the name of the RPI has been committed to Rule in FRCP 17(a) and BR 7017. |
| Securitization Chain "SC" | The series of parties that held a Note from the Originator to the Pool is the "SC."  For every Note that was securitized, the Note was contractually required to be sold, negotiated and transferred through 2 or 3 entities before being sold, negotiated and transferred to the Pool. And the Note had to be transferred to the Pool prior to the "Cutoff Date," which by definition is the deadline for Notes to be Pooled in a given MBS Trust Pool, and this deadline is required by federal REMIC law.  The series of parties usually includes: Originator to Sponsor to Depositor to Pool.  This series is what commentator and lecturer Max Gardner has called the ABCDs of securitization. The presentation of evidence in the form of a Note which does not have each of these endorsements he calls the "Alphabet Problem." |
| SD<br>Securitization Documents | "Securitization Documents" are documents that sets forth terms of MBS Trusts and agreements between Participants to the MBS Trust, many of which may or must be filed with the Securities and Exchange Commission ("SEC"), such as Prospectus, Mortgage Loan Purchase and Sale Agreements, Pooling and Servicing Agreements, Underwriting Agreements, Distribution Reports, Trust |

| | Agreements, 8K, 10k, and etcetera. They normally consist of over 1000 pages. |
|---|---|
| 3rd Party Source Accounting | An itemized accounting that, among other things, shows payments made by 3rd Party Sources obligated to make payments on or on behalf of Debtor's Note by parties obligated to pay tp or on behalf of the party entitled to receive payments on or on behalf of Debtor's Note, to be credited to the reduction of Debtor's Note, These 3rd Party Source payments can also be made to or on behalf of a group of Notes in which Debtor's Note is included, in which case Debtor's obligation should be credited a pro rata share of said grouping intended payments. |
| 3rd Party Sources | Sources for payments on behalf of a Note other than mortgage payments and foreclosure proceeds. They include Credit Default Swaps, other insurance, other guarantees, special pooling and service agreement terms, cross collateralization provisions, bond indenture terms, over-collateralization provisions, description of tranches, buy-back provisions, call provisions and reserves, NIMS Insurer, Credit Support, or funding security sources not planned in advance, such government funds, including but not limited to TARP funds, Federal Reserve loans or gifts, or U.S. Department of Treasury loans or gifts. |
| Trustee of MBS | Not really a "Trustee" a trustee at all, but an administrator of the mortgage notes Pooled into the MBS, that has serious conflicts of interest with the Investors, or owners. |
| Wall Street Investment Banking Firm "WSIBF" or Wall Street Investment Banker "WSIB" | Goldman Sachs; Morgan Stanley; (Lehman Brothers was included until forced into bankruptcy); Bank of America (Merrill Lynch); JPMorgan Chase (J.P. Morgan Investment Bank and Bear Stearns); Citigroup (Citi Institutional Clients Group); Barclays (Barclays Capital); Wells Fargo (Wells Fargo Securities)<br><br>The institutions that set up the MBS Trusts and still dominate the decisions made behind the scenes. These MBS were established primarily so that the institutions could make money for themselves and their top people, not to benefit society by making it possible for everyone to own a home, nor even to benefit their investor customers. |
| Wall Street Investment Banking Conglomerate "WSIBC" | "Wall Street Investment Banking Conglomerate" A group of companies and institutions that together with the WSIB, which are subsidiaries or otherwise related to the WSIB.<br><br>Example: Goldman Sachs Group, Inc. is the parent company for Goldman, Sachs & Co., GS Mortgage Securities Corp., GSAMP, GS Capital Partners, Goldman Sachs Execution & Clearing, L.P. Goldman Sachs Bank USA, Goldman Sachs Trade Management LLC, Goldman Sachs Execution & Clearing, L.P. , Goldman Sachs Administration Services, Sumitomo Mitsui Financial Group, Inc., along with those an untold number of subsidiaries with names that do not have GS in them, such as Litton Loan Serving, make up a MWSIBC. |