1  Paul M. Levine, Esq. (007202)
2  Matthew A. Silverman (018919)
   Jessica R. Kenney, Esq. (026615)
3  **McCarthy, Holthus & Levine**
   3636 North Central Avenue, Ste. 1050
4  Phoenix, AZ 85012
5  Phone (602) 230-8726
   Fax (602) 230-9277
6
7  Attorney for: Secured Creditor,
   Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the
8  Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series
   2004-W8, it assignees and/or successors, and the servicing agent American Home Mortgage
9  Servicing, Inc

10

11

12              UNITED STATES BANKRUPTCY COURT

13                   DISTRICT OF ARIZONA
                       TUCSON DIVISION
14

15

16

| | |
|---|---|
| 17  In re: | ) Case No. 4:09-bk-09703-EWH |
| 18  Anthony Tarantola, | )<br>) Chapter 13 |
| 19 | ) |
| 20      Debtor. | )<br>) |
| 21 | ) |
| Deutsche Bank National Trust Company , as | ) **DECLARATION IN SUPPORT OF** |
| 22  Trustee in trust for the benefit of the | ) **MOTION FOR RELIEF FROM STAY** |
| Certificateholders for Argent Securities Inc., | ) |
| 23  Asset-Backed Pass-Through Certificates, | ) |
| Series 2004-W8, Its successors or assigns, | )   **Date:   June 23, 2010** |
| 24 | )   **Time:  9:00 a.m.** |
| | )   **Ctrm: 446** |
| 25      Secured Creditor, | )   **Place: 38 South Scott Avenue** |
| | )          **Tucson, AZ 85701** |
| 26    v. | ) |
| 27  Anthony Tarantola,, Debtor(s); and Dianne C. | ) Judge:  Eileen W. Hollowell |
| Kerns, Trustee, | ) |
| 28 | ) |
| | ) |
| 29      Respondent(s). | ) |

I, _Jennifer Ward_, declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am employed by American Home Mortgage Servicing, Inc. ("AHMSI") the servicer for Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8, Its successors or assigns "Secured Creditor" herein, and am familiar with the subject Trust Deed and loan in favor of Secured Creditor herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8 are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8 in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. I have knowledge and/or access to the business records.

4. The subject real property securing the Deed of Trust loan is commonly known as 11201 East Hashknife Circle, Tucson, AZ 85749.

5. On or about 11/07/2003, Argent Mortgage Company LLC entered into a contract with Anthony Tarantola wherein Debtor agreed to pay the amount of $2,797.07, or more, on or before the first day of every month, beginning on or about 01/01/2004. The obligation is evidenced by a Note and secured by a Deed of Trust. **See Exhibit "1"**.

6. The Deed of Trust was timely and duly recorded and perfected in accordance with Arizona law as Recorders No. 20032460627 in the office of the Pima County Recorder.

7. Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series

1   2004-W8 is now the holder of the Note that is Secured by the Deed of Trust and is the real party

2   in interest.

3       8.      Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the

4   Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series

5   2004-W8 is now the holder of the Note that is Secured by the Deed of Trust became the holder

6   of the Note that is secured by the Deed of Trust when an allonge affixed to the original

7   promissory note transferring the Promissory Note to Movant was executed by Karen Smith.

8

9       9.      Ms. Karen Smith has the authority assign the promissory note on behalf of Argent

10  Mortgage Company LLC. By virtue of the following documents. The American Home Mortgage

11  Servicing, Inc. ("AHMSI") Corporate Resolution appointing the Board of Directors of AHMSI

12  that appointed Ms. Karen Smith the Assistant Secretary.  Said Corporate Resolution is attached

13  hereto and incorporated as **Exhibit "2"**.  The Certificate of Corporate Resolutions adopted by

14  Citi Residential Lending, Inc.  appointing all Vice Presidents and Assistant Secretaries  of

15  AHMSI as Special Officers of Citi Residential Lending, Inc. The Certificate of Corporate

16  Resolutions further states that the Special Officers are granted the authority that is given to Citi

17  Residential Inc. in all the Power of Attorneys included in Exhibit A to the Certificate.  Said

18  Certificate and Exhibit is attached hereto as **Exhibit "3"**.  One of the Power of Attorneys

19  included in Exhibit A of the Corporate Resolution is a Limited Power of Attorney from Argent

20  Mortgage Company LLC to Citi Residential Lending, Inc. dated October 31, 2007.  Said Power

    of Attorney is attached hereto and incorporates as **Exhibit "4"**.

21      I declare under penalty of perjury under the laws of the United States of America that the

22  foregoing is true and correct.

23      Executed on 6/18/10 (Date) at Jacksonville (City),   FL   (State).

24

25

26

27

28

29

File No. AZ-09-15363/ Case No. 4:09-bk-09703-EWH
Declaration in Support of Motion for Relief from Stay