Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| In re:<br><br>Anthony Tarantola,<br><br>        Debtor.<br>_____<br>Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8, its assignees and/or successors,<br><br>        Movant,<br><br>  v.<br><br>Anthony Tarantola, Debtor; and Dianne C. Kerns, Chapter 13 Trustee,<br><br>        Respondents. | In Proceedings Under<br><br>Chapter 13<br><br>Case No. 4:09-bk-09703-EWH<br><br>**MOVANT'S MOTION TO STRIKE DEBTOR'S STATEMENT OF FACTS AND OBJECTION TO DEBTOR'S POST TRIAL BRIEF**<br><br>**Hearing Date:  June 23, 2010**<br>**Time:**              **9:00 a.m.**<br>**Ctrm:**              **446**<br>**Place:**             **38 South Scott Avenue**<br>                    **Tucson, AZ 85701** |

File No. AZ-09-15363                      1                      Case No. 4:09-bk-09703-EWH
TARANTOLAMTNTOSTRIKE
Case 4:09-bk-09703-EWH   Doc 79   Filed 07/08/10   Entered 07/08/10 14:12:42   Desc
Main Document   Page 1 of 5

Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8 ("Movant"), by and through its counsel undersigned, submits the following Motion to Strike Debtor's Statement of Facts For Post Trial Brief (Some Important Key Facts) and Objection to Debtor's post trial brief. This Court when ordering the parties to file a Closing Brief in this matter specifically requested that the parties focus their arguments on negotiable instrument law, set a ten (10) page limit, and stated there should be no exhibits to the trial brief. The Debtor filed what he captioned as a Debtor's Post Trial Brief and contemporaneously filed the Debtor's Statement of Facts for Post Trial Brief (Some Important Key Facts) with exhibits attached. The document entitled Debtor's Statement of Facts is 41 pages in length. This contemporaneously filed Statement of Facts is cited throughout Debtor's Post Trial Brief and is obviously intended to be read with the Debtor's Post Trial Brief to bolster Debtor's arguments. This is not in compliance with the Court's Order limiting the parties closing briefs to ten (10) pages. Movant complied with this Court's Order and included its statement of facts and procedural background within its Closing Brief which was under 10 pages. Movant should not be prejudiced by Debtor's disregard of the Court's directions. Movant respectfully requests this Court Strike the Debtor's Statement of Facts For Post Trial Brief (Some Important Key Facts) and not consider the factual background provided in it when ruling on Movant's Motion for Relief from the Automatic Stay. Further, Movant objects to the Debtor's Post Trial Brief as it goes over the allotted page limitation.

WHEREFORE Movant respectfully requests that this Court enter an Order:

A. Striking Debtor's Statement of Facts For Post Trial Brief (Some Important Key Facts) from the Court record.

B. Sustaining Debtor's Objection to Debtor's post trial brief;

C. All other relief this Court deems just and proper.

DATED: July 8, 2010

| | |
|---|---|
|1| **McCarthy ◆ Holthus ◆ Levine** |
|2| |
|3| |
|4| By: /s/ Jessica R. Kenney |
| | Jessica R. Kenney, Esq. |
|5| 3636 North Central Avenue |
| | Suite 1050 |
|6| Phoenix, AZ 85012 |
| | Attorneys for Movant |

On 7/8/10, I served the foregoing documents described as **MOVANT'S MOTION TO STRIKE DEBTOR'S STATEMENT OF FACTS AND OBJECTION TO DEBTOR'S POST TRIAL BRIEF**

on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Ronald Ryan
ronryanlaw@cox.net

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/  Alexandru Nicolau

On 7/8/10, I served the foregoing documents described as **MOVANT'S MOTION TO STRIKE DEBTOR'S STATEMENT OF FACTS AND OBJECTION TO DEBTOR'S POST TRIAL BRIEF** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Phoenix Division
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTOR
Ronald Ryan
Ronald Ryan, P.C.
1413 E. Hedrick Drive
Tucson, AZ 85719

DEBTOR
Anthony Tarantola
11201 East Hashknife Circle
Tucson, AZ 85749

TRUSTEE
Dianne C. Kerns
7320 North La Cholla # 154
PMB 413
Tucson, AZ 85741

SPECIAL NOTICE
Barbara Lawall
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                   /s/ Warb Wilcox