Ronald Ryan
Ronald Ryan PC
Attorney at Law
1413 E. Hedrick Drive
Tucson, Arizona 85719
(520)298-3333 phone (520)743-1020 fax
AZ #018140 Pima County #65325

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA TUCSON

| | |
|---|---|
| **ANTHONY TARANTOLA, DEBTOR** _____ **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATE HOLDERS FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-W8, ITS ASSIGNEES AND/OR SUCCESSORS, MOVANT** **VS.** **ANTHONY TARANTOLA, DEBTOR RESPONDENT** | **Case # 4:09-bk-09703-EWH** **DEBTOR'S RESPONSE TO MOTION TO STRIKE STATEMENT OF FACTS** **HEARING: 6/23/10 @ 9:00 AM** **(MOTION TO LIFT STAY HEARING)** Chapter 13 |

NOW COMES Debtor, Anthony Tarantola, who files this Response to Motion to Strike Statement of Facts pertaining to Debtor's Post-Trial Brief, and provides as follows:

1. Debtor's Statement of Facts is not 41 pages. It is 2 pages when the heading, signature and certificate of service are not considered. The remainder consists of what amounts to an appendix of record excerpts, which are items that were already in the record, and were presented there for the Court's convenience so as not to have to search the record.

1

2. Of the total pages in Debtor's Brief, 2 - 3 pages were devoted to redescribing the difference between the 3 different versions of the "true and correct copy" of the Note.

WHEREFORE, Debtor requests Movant's Motion to Strike Statement of Facts be denied.

Dated: July 11, 2010

                            Respectfully submitted,
                            /s/ Ronald Ryan
                            Ronald Ryan, Debtor's Counsel

## CERTIFICATE OF SERVICE

I certify that on this date, a true copy of the forgoing was emailed to: Matthew A. Silverman and Jessica R. Kenney McCarthy Holthus Levine 3636 North Central Avenue Suite 1050 Phoenix, AZ 85012 through Jessica R. Kenney Attorneys for Movant, Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W8; Chapter 13 Trustee; and Debtor.

                            /s/ Ronald Ryan