Paul M. Levine, Esq. (007202)
Matthew Silverman, Esq. (018919)
Jessica Kenney, Esq. (026615)
**MCCARTHY ◆ HOLTHUS ◆ LEVINE**
3636 North Central Avenue, Suite 1050
Phoenix, Arizona 85012
Telephone: (602) 230-8726
plevine@mhlevine.com
*Attorneys for Defendant Deutsche Bank National Trust Company*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| ANTHONY TARANTOLA, | Case No. 4:09-bk-09703-EWSH |
| Debtor. | **MOVANT'S MOTION FOR RECONSIDERATION** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee in trust for the Certificateholders for Argent Securities Inc., Asset-Backed-Pass-Through Certificates, Series 2004-W8, its assignees and/or successors, | |
| Movant, | |
| v. | |
| ANTHONY TARANTOLA, Debtor; and DIANNE C. KERNS, Chapter 13 Trustee, | |
| Respondents | |

Movant, Deutsche Bank National Trust Company ("Deutsche"), by and through its counsel undersigned, moves for reconsideration and/or clarification of the Court's July 29, 2010 Memorandum Decision ("Decision"), limited specifically to the issue raised by the Court at page 14, lines 2 through 8.

In its opinion, the Court cited *In re: Lee,* 408 B.R. 893 (Bankr. C.D. Cal. 2009), and said that sanctions in the *Lee* case were entered "for conduct similar to the facts in this case." (Decision, p. 14.) With respect to that statement, Deutsche and its counsel respectfully

1

Case 4:09-bk-09703-EWH    Doc 93    Filed 08/09/10    Entered 08/09/10 16:06:21    Desc
Main Document    Page 1 of 3

disagree. As discussed at the hearing, two days before the hearing, Defendant's counsel learned that the original Note differed from the Note attached to the Motion for Relief. Counsel received a copy of the original Note on the afternoon of June 21, 2010. Counsel then attempted to communicate with the client to understand why there was a discrepancy. Prior to the hearing, on June 22, 2010, a copy of the original Note was sent to Debtor's counsel (see email attached hereto). At the hearing, Deutsche and its counsel advised the Court of the discrepancy between the two Notes. There was complete and full disclosure from the beginning of the hearing regarding the discrepancy. Testimony was elicited from Movant's witness (Mr. Merrill) regarding the discrepancy between the original Note and the copy of the Note attached to the MFR.

The facts here are contrasted with the findings in *In re: Lee*. There, the Court stated that with respect to the discrepancy, "Counsel left it to the court to discover that the copy differed from the original in a relevant respect. Counsel should have known of the discrepancy and should have disclosed it." *Id.*, p. 901. In contrast to the facts in the *Lee* case, here, Deutsche's counsel advised Debtor's counsel the day before the hearing of the original Note. At the hearing, the discrepancy concerning the Note was discussed and testimony elicited from Mr. Merrill as soon as the issue of the Note was presented, within the first few minutes of the hearing. There was full disclosure of the discrepancy.

Accordingly, counsel respectfully requests that the Court reconsider its ruling, page 14, lines 2 through 8.

RESPECTFULLY submitted this 9th day of August, 2010.

**MCCARTHY ◆ HOLTHUS ◆ LEVINE**

/s/Paul M. Levine
Paul M. Levine
Attorneys for Deutsche Bank National Trust

2

Notice to be sent through the Bankruptcy
Noticing Center "BNC" to the following:

Ronald Ryan, Esq.
Ronald Ryan, P.C.
1413 East Hedrick Drive
Tucson, AZ 85719-2633
Attorney for Debtor

Anthony Tarantola
11201 East Hashknife Circle
Tucson, AZ 85749
Debtor

Hilary B. Bonial, Esq.
Brice, Vander Linden & Wernick, P.C.
P.O. Box 829009
Dallas, Texas 75382-9009
Attorneys for American Home Mortgage Servicing, Inc.

American Home Mortgage Servicing, Inc.
4875 Belfort Road, Suite 130
Jacksonville, FL 32256

Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Attorneys Office
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701-1412
Attorneys for Pima County

Charles H. Whitehill, Esq.
Charles H. Whitehill PC
110 South Church Avenue, Suite 4398
Tucson, AZ 85701
Attorneys for TLR, LLC

Dianne C. Kerns
Chapter 13 Trustee
7320 North La Cholla #154 PMB 413
Tucson, AZ 85741-2305

U.S. Trustee's Office
230 North First Avenue, Suite 204
Phoenix, AZ 85003


By: /s/Joan B. Pyles