**ORDERED.**

Dated: September 07, 2010



_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| ANTHONY TARANTOLA, ) | |
| Debtor. ) | Case No. 4:09-bk-09703-EWH |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, as Trustee in trust for the ) | |
| Certificateholders for Argent Securities ) | **ORDER DENYING MOTION** |
| Inc., Asset-Backed-Pass-Through ) | **FOR RECONSIDERATION** |
| Certificates, Series 2004-W8, its assignees ) | |
| and/or successors, ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| ANTHONY TARANTOLA, Debtor; and ) | |
| DIANNE C. KERNS, Chapter 13 Trustee, ) | |
| ) | |
| Respondents. ) | |

Deutsche Bank's Motion for Reconsideration does not raise any new facts or cite any new controlling law which would require the court to modify its order of July 29, 2010. The court does not agree that the facts of this case are materially different than those of In re Lee, 408 B.R. 893 (Bankr. C.D. Cal. 2009). While the movant advised Debtor's counsel the day before the hearing that it had the original of the note, nothing in that email correspondence mentions the difference of the original note from previously filed versions.

Furthermore counsel for the movant did <u>not</u> advise the court of the difference in the original note from previously filed versions prior to the commencement of the evidentiary hearing. The difference was only made known to the court through the testimony of Deutsche's witness. Accordingly, the motion for reconsideration is DENIED.

Dated and signed above.

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Ronald Ryan, Esq.
Ronald Ryan, P.C.
1413 East Hedrick Drive
Tucson, AZ  85719-2633
Attorney for Debtor

Anthony Tarantola
11201 East Hashknife Circle
Tucson, AZ  85749
Debtor

Paul Levine, Esq.
Jessica R. Kenney, Esq.
McCarthy ◆ Holthus ◆ Levine
3636 North Central Ave., Suite 1050
Phoenix, AZ  85012
Attorneys for Movant

Hilary B. Bonial, Esq.
Brice, Vander Linden & Wernick, P.C.
PO Box 829009
Dallas, TX  75382-9009
Attorneys for American Home Mortgage Servicing, Inc.

American Home Mortgage Servicing, Inc.
4875 Belfort Rd., Suite 130
Jacksonville, FL  32256

| | |
|---|---|
| 1 | Terri A. Roberts, Esq. |
| 2 | German Yusufov, Esq.<br>Pima County Attorneys Office |
| 3 | 32 North Stone Ave., Suite 2100<br>Tucson, AZ  85701-1412 |
| 4 | Attorneys for Pima County |
| 5 | |
| | Charles H. Whitehill, Esq. |
| 6 | Charles H. Whitehill PC<br>110 South Church Ave., Suite 4398 |
| 7 | Tucson, AZ  85701<br>Attorneys for TLR, LLC |
| 8 | |
| 9 | Dianne C. Kerns<br>Chapter 13 Trustee |
| 10 | 7320 North La Cholla #154 PMB 413<br>Tucson, AZ  85741-2305 |
| 11 | |
| 12 | U.S. Trustee's Office<br>230 North First Ave., Suite 204 |
| 13 | Phoenix, AZ  85003 |

3