Ronald Ryan
Attorney for Debtors
1413 E Hedrick Dr
Tucson AZ 85719
(520)298-3333 ph 743-1020 fax
AZ Bar #018140  Pima Cty #65325

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA,  TUCSON DIVISION**

| In re:    ANTHONY TARANTOLA<br>Debtor | Case No.  09-9703-TUC-EWH<br><br>**RESPONSE TO TRUSTEE'S NOTICE OF INTENTION TO DISMISS FOR FAILURE TO CONFIRM PLAN AND MOTION TO EXTEND DUE TO CONTINUING LITIGATION**<br><br>Chapter 13 |
|---|---|

COMES NOW, ANTHONY TARANTOLA, Debtor, and files this Response to Trustee's Notice of Intention to Dismiss and Motion to Extend Due to Continuing Litigation, responding to the Motion filed by DIANNE KERNS, Trustee, Movant.

1.   This chapter 13 case was commenced by the filing of a petition on 5/7/2009. The plan has not yet been confirmed.  This response is filed pursuant to Local Rule 2084-16.

2.   Debtor asks that the case not be dismissed at this time because there is pending an adversary to avoid the secondary lien, entitled "Tarantola v. JP Morgan Chase Bank NA, formerly known as Bank One NA," Case Number 11-ap-00058-EWH. Additionally, very shortly there will be another adversary filed for a declaratory judgment.

WHEREFORE, Debtor asks that the Court: deny the Trustee's Motion.

Dated, January 10, 2011.

                                      Respectfully submitted,
                                      /s/ Ronald Ryan
                                      Ronald Ryan,    Debtor's Counsel

## **CERTIFICATE OF SERVICE**

I certify that on January 10, 2011, a true copy of the forgoing was emailed to: Chapter 13 Trustee; and mailed to: Debtor.

                                      /s/ Ronald Ryan
                                      Ronald Ryan