**ORDERED.**



Ronald Ryan
Attorney for Debtors
1413 E Hedrick Drive
Tucson AZ 85719
(520)298-3333 fax: (520)743-1020
ronryanlaw@cox.net
AZ Bar #018140  Pima Cty #6532

Dated: January 10, 2011

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA TUCSON

| In re:<br><br>ANTHONY TARANTOLA<br><br>Debtor | Case No.  09-9703-TUC-EWH<br><br>**ORDER APPROVING ATTORNEY APPLICATION FOR ATTORNEY FEES**<br><br>Chapter 13 |
|---|---|

ON this day, came before this Court the Attorney Application for for Attorney's Fees, contained within the Chapter 13 Plan and Application for Payment of Administrative Expenses, served with the Chapter 13 Plan and the Notice of Deadlines to Object. The Attorney Application for Payment of Attorney Fees stated that Counsel for the Debtor had received a prepetition retainer of $2,000.00, to be applied against fees and costs incurred. Fees and costs exceeding the retainer were to be paid from funds held by the Chapter 13 Trustee as an administrative expense. Counsel applied for fees as set forth below for the services set forth below:

(1) Flat Fee. Counsel for the Debtor has agreed to a total sum of $5,500.00 to represent the Debtor. Counsel has agreed to perform the following services through confirmation of the plan:

X Review of financial documents and information.
X Consultation, planning, and advice, in person, in writing and through telephone communications.
X Preparation of Petition, Schedules, Statement of Financial Affairs, Master Mailing List.
X Preparation and filing of Chapter 13 Plan, Plan Analysis, and any necessary amendments.
X Attendance at the § 341 meeting of creditors.
X Resolution of creditor objections and Trustee recommendations, and attendance at hearings.
X Reviewing and analyzing creditor claims for potential objections, and attendance at hearings.
X Responding to motions to dismiss, and attendance at hearings.

X Responding to pre-petition motions for relief from the automatic stay, and attendance at hearings, unless it involves challenge to validity of mortgage, which is covered below.
X Drafting and mailing of any necessary correspondence.
X Preparation of proposed order confirming the plan.
X Representation regarding the prefiling credit briefing and post-filing education course.

(2) The following special work is also included:

a) Adversary to avoid 2nd lien on residence real estate, which has been filed as Case #11-ap-00058-EWH, and is entitled Tarantola v. JP Morgan Chase Bank NA, formerly known as Bank One NA.

b) defend against enforcement of 1st lien on residence real estate and work with experts for consultation and testimony in that defense of motion for relief from stay that resulted in that Memorandum Decision at doc 84, filed 07-29-10, and that Order Denying Relief from Stay, at doc 86, filed 07-29-10, entered 07-29-10. It is estimated that if billed at the hourly rate the fee for all aspects of this one matter would be approximately, $8,000.00 to $12,000.00. Additionally, this work has saved the Debtor over $55,000.00.

(3) Any additional work undertaken to deal with the recorded primary lien on Debtor's Residence will be additional.

ORDERED, ADJUDGED AND DECREED that the unpaid amount of such fees, or $3,500.00 shall be paid through the Chapter 13 Plan. The Chapter 13 Trustee, Dianne Kerns shall pay from the Trustee's holding/trust account, less the Trustee's fees and costs, Ronald Ryan, 1413 E Hedrick Drive Tucson Arizona 85719, the balance of attorney's fees owed to him in the amount of $3,500.00 to the extent that the funds in the Trustee's holding account permit, after deduction of the Trustee's fees and costs, upon the confirmation, conversion or dismissal of this case, whichever first occurs.

ENTERED THIS DAY.

ENTRY REQUESTED:
/s/ Ronald Ryan
RONALD RYAN, DEBTOR'S COUNSEL
Above Signature requesting entry indicates that 25 days have passed since the Motion for Approval of Attorney Fees was served and that Counsel is unaware of any Objection. On January 10, 2011, a copy hereof was served upon Chapter 13 Trustee.