Ronald Ryan
Ronald Ryan, P.C.
Attorney at Law
1413 E. Hedrick Drive
Tucson AZ 85719
(520)298-3333 fax: (520)743-1020
ronryanlaw@cox.net
AZ #018140 Pima County #65325

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| In re: ANTHONY TARANTOLA<br>Debtor<br>and<br><br>MERLES AUTOMOTIVE SUPPLY<br>Claimant | Case No. 09-9703-TUC-EWH<br><br>**STIPULATION RESOLVING<br>MULTIPLE PROOFS OF CLAIM**<br><br>Chapter 13 |

COME NOW, ANTHONY TARANTOLA, Debtor, and MERLES AUTOMOTIVE SUPPLY, Claimant, and present the following Stipulation that resolves the issue involving multiple Proofs of Claim..

The Court's Claims Registry has two unsecured claims listed for Merles Automotive Supply. It is stipulated that claim number 23 in the amount of $50329.40 is withdrawn as a claim for Merles Automotive Supply. It is further stipulated that claim number 24 is allowed as an unsecured claim for Merles Automotive Supply in the amount of $50329.40.

STIPULATED:

/s/ Ronald Ryan                                                                    1/24/2011
_____                                          _____
Ronald Ryan, Attorney for Debtors                                      Date

_____                                          1/24/11
Robert J. St. Clair, Esq.                                                        Date
Freeman & St. Clair, PLLC
215 N. Court Avenue, 2nd Floor
Tucson, AZ 85701
Attorney for MERLES AUTOMOTIVE SUPPLY